UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-2223-DV |
| | ) | |
| CHAMEKA A. OWENS a/k/a C.S. OWENS d/b/a GETTHATLOOK.COM d/b/a GET THAT LOOK, INC. d/b/a FOXYFASH.COM d/b/a FOXY FASH, INC., and DOES 1-10, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held ~~on August 25, 2005~~.  Present were Charles F. Morrow, counsel for Plaintiff, and Stephen Leffler, counsel for Defendants.  At the conference, the following dates were established as the file dates for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):**

The parties will make their disclosures by September 15, 2005.

**JOINING PARTIES:**

The parties shall join any additional parties by October 3, 2005.

**AMENDING PLEADINGS:**

The parties shall amend their pleadings by October 3, 2005.  Any responsive pleading shall be due 30 days after service.

**INITIAL MOTIONS TO DISMISS:**

Any initial Motion to Dismiss shall be filed by September 1, 2005.



Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8/22/05

**COMPLETING ALL DISCOVERY:**

All discovery shall be completed by March 31, 2006.

**EXPERT WITNESS DISCLOSURE:**

Disclosure of expert testimony in accordance with Rule 26(a)(2) shall be made by Plaintiff on or before April 30, 2006. Disclosure of expert testimony in accordance with Rule 26(a)(2) shall be made by Defendants on or before May 31, 2006.

**FILING DISPOSITIVE MOTIONS:**

The deadline to file any dispositive motions (including motions for summary judgment) shall be June 30, 2006.

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cut-off date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cut-off date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation at a time mutually convenient to the parties but in no event more than 30 days after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: August 22, 2005

MEMPHIS 170785v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02223 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT