# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION OF TENNESSEE
### WESTERN SECTION



**CHANEL, INC.,** A New York Corporation,

    Plaintiff,

VS.                                                     NO. 05-2223-DV

**CHAMEKA A. OWENS** a/k/a **C.S. OWENS**
d/b/a **GET THAT LOOK, INC.** d/b/a/
**GETTHATLOOK.COM** d/b/a
**FOXYFASH.COM** d/b/a **FOXY FASH, INC.**,
and Does 1-10,

    Defendant.

## MOTION TO WITHDRAW

COMES NOW, Stephen R. Leffler, attorney of record for Chameka Owens, defendant in this matter, and moves this court for leave to withdraw as counsel of record for the defendant. As grounds for this motion, counsel would state and show as follows.

Counsel and defendant have developed communication difficulties which affect the attorney client relationship to a degree that it is not in the best interest of defendant that counsel continue representation.

Wherefore, counsel for defendant requests that the Court enter an order allowing the withdrawal of counsel for the defendant.

**MOTION GRANTED**
DATE: 10-17-2005

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05



Respectfully submitted,

_____
Stephen R. Leffler (11038)
Attorney for Defendant
707 Adams Ave.
Memphis, Tennessee 38105
(901) 527-8830

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion was mailed first class, postage prepaid, to Charles F. Morrow, Attorney for Plaintiff, 6075 Poplar Ave., Suite 500, Memphis, Tennessee 38119, this ___ day of _____, 2005.

_____
Stephen R. Leffler

C:\Documents and Settings\Steve Leffler\My Documents\STEVE\FORMS\lit-withdraw-mot-ord-cert.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02223 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT