UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF TENNESSEE
WESTERN SECTION

FILED BY _____ D.C.
05 OCT 18 AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHANEL, INC., A New York Corporation,

    Plaintiff,

VS.

NO. 05-2223-DV

CHAMEKA A. OWENS a/k/a C.S. OWENS
d/b/a GET THAT LOOK, INC. d/b/a/
GETTHATLOOK.COM d/b/a
FOXYFASH.COM d/b/a FOXY FASH, INC.,
and Does 1-10,

    Defendant.

### ORDER ON MOTION OF COUNSEL FOR DEFENDANT TO WITHDRAW

THIS CAUSE CAME ON TO BE HEARD before the Court upon the consent of the parties hereto and upon the entire record in this cause.

IT APPEARS THAT it is in the interest of justice that Stephen R. Leffler be relieved of further representation of defendant in this cause.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Stephen R. Leffler be relieved as counsel of record for the defendant in this cause

_____
JUDGE

October 17, 2005
DATE

C:\Documents and Settings\Steve Leffler\My Documents\STEVE\FORMS\lit-withdraw-mot-ord-cert.wpd

5

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-18-05

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02223 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT